PEOPLE ex rel. SMITH v. GRIFENHAGEN, Sheriff, et al.    (No. 7092.)

(Supreme Court, Appellate Division, First Department. April 16, 1915.)

Appeal from Special Term, New York County.

Habeas corpus by the People, on the relation of Abel I. Smith, against Max S. Grifenhagen, Sheriff, etc., and others. From an order dismissing the writ, relator appeals. Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and HOTCHKISS, JJ.

Morgan J. O'Brien and John B. Stanchfield, both of New York City, for appellant.

Franklin Kennedy and Frederick E. Cook, Deputy Attys. Gen., for respondents.

HOTCHKISS, J. The facts being the same, for the reasons given In the Matter of Thaw, 152 N. Y. Supp. 771, decided herewith, the order appealed from should be affirmed. Settle order on notice.

McLAUGHLIN, CLARKE, and SCOTT, JJ., concur. INGRAHAM, P. J., concurs in result.